**Order entered July 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00190-CV

### JOHN SCOGGINS, Appellant

### V.

### WYATT HOLLIDAY, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10313**

### ORDER

Before the Court is appellant's July 12, 2021 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **August 23, 2021**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE